February 17, 1984.

472 A.2d 257

Byron, Appellant, v. Byron.

Argued June 9, 1983. Chere Winnek-Shawer, for appellant; Philip C. Ursu, for appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

The order of the court is affirmed.

472 A.2d 257

Commonwealth v. Azzarella, Appellant.

Petition for Allowance of Appeal
Denied Aug. 6, 1984.

Argued December 1, 1983. Robert D. Gleason, for appellant; Raymond J. Zadzilko, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.